Exhibit Cover

# EXHIBIT 1
# CID 2022-007





# UNITED STATES OF AMERICA
## U.S. DEPARTMENT OF JUSTICE

*United States Attorney's Office*
*Southern District of Georgia*

## CIVIL INVESTIGATIVE DEMAND
Documents and Interrogatories

TO:   Dr. James A. Denmark                                  CID No. 2022-007
      2260 Wrightsboro Road
      Augusta, GA 30904

This Civil Investigative Demand ("CID") is issued pursuant to the False Claims Act, 31 U.S.C. §§ 3729–3733, in the course of a False Claims Act investigation to determine whether there is or has been a violation of 31 U.S.C. § 3729, *et. seq.* This False Claims Act investigation concerns allegations that you, your employees, contractors, and agents, as well as other individuals or entities, violated or conspired to violate the False Claims Act by presenting or causing to be presented claims to federal health benefit programs for which you were not entitled to receive payment. This CID's general purpose is to discover information relating to your claims to federal health benefit programs and your knowledge of the truth or falsity of those claims.

This is the original CID; no copies have been served on other parties.

**You are hereby commanded** to produce a copy of requested documentation identified hereto as "Exhibit A" by no later than twenty (20) days after the day on which you receive this CID (or another date and time to be mutually agreed upon), to Assistant United States Attorney Patrick J. Schwedler, at the United States Attorney's Office for the Southern District of Georgia, 22 Barnard Street, Suite 300, Savannah, Georgia 31401. If you object to any document request, state your objection and set forth with particularity the reasons why the document was not produced on the certificate.

**You are further commanded** to answer in writing the written interrogatories attached hereto as "Exhibit B" by no later than twenty (20) days after the day on which you receive this CID (or another date to be mutually agreed upon),

1

and submit such answers to Assistant United States Attorney Patrick J. Schwedler at the United States Attorney's Office for the Southern District of Georgia, 22 Barnard Street, Suite 300, Savannah, Georgia 31401. The written interrogatories shall be answered separately and fully in writing under oath and also shall be submitted under a sworn certificate in the form printed in this CID. If you object to any interrogatory, state your objection and set forth with particularity the reasons why the information was not furnished on the certificate.

The following will serve as False Claims Act investigators and custodians to whom such material shall be made available: Assistant United States Attorney Jonathan A. Porter; and Assistant United States Attorney Patrick J. Schwedler.

A response to this CID, including execution and return of the attached certification, is necessary to the conduct of the investigation. Failure to comply with any of the requirements of this CID will render you liable to proceedings in the United States District Court.

Issued under the authority of 31 U.S.C. § 3733 on this 4th day of May, 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF GEORGIA

## DEFINITIONS

1. *"Document"* and *"Documents"* are used in the broadest sense permitted by Federal Rule of Civil Procedure 26(b), 34(a), and 45(a) and include, but are not limited to, any hard copy or electronically stored information, emails, and text messages.

2. *"Communication"* is used in the broadest sense permitted by Federal Rule of Civil Procedure 26(b), 34(a), and 45(a) and means any transmission or exchange of information orally or in writing.

3. *"And," "or,"* and *"and/or"* shall be construed either disjunctively or conjunctively so as to bring within the scope of this CID for documents any material which might otherwise be construed as outside the scope of this CID.

4. *"Relating to"* or *"relate to"* or *"discussing"* means consisting of, referring to, reflecting, supporting, evidencing, discussing, describing, embodying, memorializing, containing, constituting, including, identifying, stating, studying, reporting, commenting, analyzing, setting forth, considering, recommending, concerning, pertaining or being relevant to, in whole or in part, prepared in connection with, used in preparation for, or being in any way legally, logically, or factually connected to the matter discussed.

5. *"You"* or *"your"* means yourself and any person acting on your behalf, including but not limited to your medical practice, current or former employees, providers, professionals consultants, investigators, representatives or agents, or any corporate predecessors, past or present subsidiaries or affiliates, current and former directors, officers, principals, partners, attorneys or other persons acting for or on behalf thereof, including any otherwise independent attorney, accountant, investigator, or consultant.

6. The singular and plural forms of any word shall be construed interchangeably.

7. *"Any"* shall be construed to include *"all,"* and *"all"* shall be construed to include *"any."*

8. *"Including"* shall be construed to mean *"including, but not limited to."*

9. The *"United States"* shall be construed to mean the United States of America, its agencies, departments, and representatives.

## INSTRUCTIONS

1. This CID applies to all documents in your possession, custody, or control regardless of their location and regardless of whether such material is held by your current or former employees, including facility-level personnel, mid-level management personnel, upper-level management personnel, directors, officers, in-house IT specialists and technicians, IT specialists and technicians to whom digital services have been out-sourced, consultants, representatives, agents, and any and all other persons acting on your behalf. Information and materials sought by this CID shall also include information and materials within the possession, custody, or control of any of your agents, officers, or employees, or any person acting as your representative or on your behalf.

2. Unless otherwise specified, this CID applies to all documents in your possession, custody, or control from the period **from January 1, 2018, to the date of CID issuance**. Documents created prior to January 1, 2018, that have been used or relied on by you since January 1, 2018, or that describe any duties, obligations, or policies that were in effect after January 1, 2018, are within the time frame of this CID.

3. If you become aware that you possess, have custody or control of additional documents responsive to this CID, you shall promptly produce such additional documents.

4. If you intend to withhold from production any document based upon a claim of legal privilege, work product, or any other protection from production:

    a. Identify with particularity and in a written log each such document by date, author(s), addressee(s), recipient(s), title, subject matter, purpose, and present custody of each and every questioned document;

    b. State with particularity the privilege, work product principle, or other legal protection upon which you are relying in claiming each and every questioned document should be withheld from production; and

    c. State with particularity each and every fact supporting the claim of privilege(s), work product protection, or other legal protection(s) from production.

5. Identify all responsive documents that have been lost, discarded, destroyed, altered, or spoiled. In so doing, state: (a) the type of document; (b) the date of its creation; (c) the approximate date it was lost, discarded, destroyed, altered, or spoiled; (d) the nature of the spoliation; (e) the cause of the spoliation; (f) whether the spoliation was purposeful, inadvertent, or accidental; and, (g) the identity of

each person having knowledge about the document and about its spoliation.

6. All documents provided in response to this CID are to include all marginalia and post-its, as well as any attachments referred to or incorporated by the document. To the extent that documents are found attached to other documents, by means of paper clips, staples or other means of attachment, such documents shall be produced together in the condition in which they are found. All documents should be produced in the manner and format in which they are kept in the usual course of business. If documents are stored electronically, they should be produced in electronic format. If documents are stored in multiple formats, they should be produced in each format in which they are stored.

7. All documents provided in response to this CID are to be organized in such a manner that each document responsive to a particular request is grouped together and identified as being responsive to that request.

8. If no document exists that is responsive to a request, a written statement to that effect shall be provided at the time of production.

9. All hard copy documents shall be scanned and produced in electronic format.

## EXHIBIT A - DOCUMENTS TO BE PRODUCED

1. Please produce all communications between you and Accu-Med Billing, Vickie Wells and/or any other individual or business that performs billing on your behalf to federal healthcare programs.

## EXHIBIT B – INTERROGATORIES

1. Identify all individuals responsible for writing the CPT codes included on your superbills that were provided to individuals and companies responsible for billing federal healthcare programs on your behalf. In addition, please explain the process by which superbills are created and provided to your biller(s).

2. Identify all individuals responsible for deciding what CPT codes to bill to federal healthcare programs on your behalf. For each person, identify their specific responsibilities in the process.

## CERTIFICATE OF COMPLIANCE

      I have responsibility for producing the documents requested in Civil Investigative Demand No. CID 2022-007. I hereby certify that all the materials required by that Civil Investigative Demand that are in the possession, custody, or control of the entities to whom the Demand is directed have been submitted to the designated False Claims Act investigators. If any such information has not been furnished because of a lawful objection, the objection to the interrogatory and the reasons for the objection have been stated with particularity in writing herein.

Signature     _____

Printed Name     _____

Title     _____

**SWORN TO** before me, this _____ day of _____, 2022.

_____
NOTARY PUBLIC

## CERTIFICATE OF COMPLIANCE

I have responsibility for answering the written interrogatories requested in Civil Investigative Demand No. CID 2020-007. I hereby certify that all information required by that Civil Investigative Demand that is in the possession, custody, control, or knowledge of the entities to whom the Demand is directed has been submitted to the designated False Claims Act investigators. If any such information has not been furnished because of a lawful objection, the objection to the interrogatory and the reasons for the objection have been stated with particularity in writing herein.

Signature _____

Printed Name _____

Title _____

**SWORN TO** before me, this _____ day of _____, 2022.

_____
NOTARY PUBLIC